WILLIAM F. BOWEN, as Administrator of the Estate of LEONARD I. LONG, Deceased, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

Argued January 22, 1937; decided March 9, 1937.

*J. Irwin Shapiro* and *Murray Rubien* for appellant.

*H. S. Ogden* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.